**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**DERRICK PERRY, individually and on**
**behalf of other similarly situated persons,**

     **Plaintiff,**

**v.**

**NATIONAL CITY BANK, et al.**

     **Defendants.**                        **Case No. 05-cv-891-DRH**

## <u>ORDER</u>

**HERNDON, Chief Judge:**

       Before the Court is a Joint Motion for Extension of Stay in Light of Settlement in Principle (Doc. 72), submitted by the parties.  The Motion seeks an extension of the existing stay in light of the parties' settlement in principle of the issues in this case.  Although the parties request an extension of the stay, they do not request an extension of the toll on the statute of limitations applicable to potential class members' FLSA claims, which ends on November 14, 2007.

       In light of the parties' settlement in principle, the Joint Motion (Doc. 72) is **GRANTED**.  As such, all proceedings will remain **STAYED** as provided in this Court's July 20, 2007 Order (Doc 67) until further order of the Court, except as to proceedings relating to the parties' motion for approval of the settlement agreement, which will be submitted to the Court by December 15, 2007.  The toll on the

applicable FLSA statute of limitations will not be extended, and ends as previously

ordered (Doc 71) on November 14, 2007.

**IT IS SO ORDERED.**
Signed this 15th day of November, 2007

/s/     DavidRHerndon
**Chief Judge**
**United States District Court**